FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -5 PM 3: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH BOLTON HASSINGER, MARY BOLTON JENNINGS, ROBERT H. BOLTON, JR., CATHERINE HASSINGER DRENNAN, MARY HASSINGER SCHMIDT, ELIZABETH HASSINGER VAN HORN, ELIZABETH BOLTON JENNINGS, JAMES K. JENNINGS III, PAUL M. DAVIS, JR., FRANCES BOLTON DAVIS, PAUL M. DAVIS, III, JAMES BOLTON DAVIS, FRANCES SENTELL DAVIS, FRANKLIN HAAS MIKELL, WILLIAM HENRY HODGES, JR., JOY N. HODGES, LUCILLE HODGES, PHILIP N. HODGES, ROANE E. HATHORN, PAT BOLTON, FAY DEWITT, SUZANNE BOLTON MELLOR, and the SUCCESSION OF ELIZABETH BROOKS BOLTON c/o MARTHA BARTON | CIVIL ACTION<br><br>NO. 06-2931<br><br>MAG. SECT. C MAG. 4<br><br>JUDGE |
| Plaintiffs | |
| VERSUS | |
| JP MORGAN CHASE AND COMPANY | |
| Defendant, | |

## NOTICE OF REMOVAL

Mover, JPMorgan Chase & Co., submits this notice pursuant to 28 U.S.C. § 1441 *et. seq.* that the claims of plaintiffs have been removed from the Civil District Court for the Parish of Orleans,

Fee $350.00
Process____
X Dktd____
__ CtRmDep____
__ Doc. No____

State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

1.

This Notice of Removal has been timely filed within 30 days after receipt by Mover, through service or otherwise, of a copy of the plaintiffs' petition for damages. The Petition was filed on May 4, 2006. Counsel representing Mover in this action received a copy of the Petition by Federal Express the next day.

2.

Venue is proper in the United States District Court for the Eastern District of Louisiana, under 28 U.S.C. §1446(a) because the case is pending in the Civil District Court for the Parish of Orleans, State of Louisiana. This Court is the district "embracing the place where [the State Court] action is pending."

3.

This Court has subject matter jurisdiction over plaintiffs' claims under 28 U.S.C. §1332 since complete diversity exists along with the requisite amount in controversy.

4.

Mover is a Delaware corporation with its principal place of business in New York. Plaintiffs' Petition identifies their individual domiciles as being "in the State of Louisiana, Parish of Orleans and various other places." (Pet., ¶1). Mover does not believe, upon information and belief, that any of the plaintiffs are domiciled in Delaware or New York.

5.

While the plaintiff does not itemize damages in his Petition for Damages, upon information and belief based on the allegations contained therein, the amount in controversy exceeds the value of $75,000, exclusive of interest and costs, although Mover denies any such liability. Plaintiffs have

alleged that Mover has breached a term of debenture notes, allegedly worth $36 million supposedly once held by plaintiffs. Plaintiffs claim that they are entitled to damages for that breach. (Pet., ¶27). The Petition also alleges that "[I]n addition, or in the alternative, the defendant has been unjustly enriched by receiving the ownership interests in First Commerce represented by the debentures without providing appropriate consideration to the debenture holders." (Pet., ¶28).

6.

Pursuant to 28 U.S.C. § 1446(a) attached hereto as Exhibit "A" is a copy of all pleadings served upon the Mover in the state court action.

7.

Pursuant to 28 U.S.C. § 1446(d), Mover has this date given and served with notice of this removal on all adverse parties through their counsel of record and has filed a copy of this Notice of Removal with the Clerk of the state court where the action was originally filed. Pursuant to 28 U.S.C. §1446(a), undersigned counsel states that the averments of this Notice of Removal are well-grounded in fact and are warranted by existing law and that this matter is within the jurisdiction of this Court pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441 *et. seq.*

8.

WHEREFORE, Mover prays that this Notice of Removal be deemed good and sufficient as required by law, and the above captioned matter be removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and that this Court have and assume full and complete jurisdiction therefore issuing all necessary orders and granting all general and equitable relief to which Mover is entitled, and that all further proceedings in the state court be discontinued.

Respectfully submitted,

Salley, Hite, Rivera & Mercer, LLC
**JOHN W. HITE III (T.A. 17611)**
**LISA VALLEY MACALUSO (#27121)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828

By: _____

JOHN W. HITE III
**ATTORNEYS FOR JPMORGAN CHASE & CO.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5TH day of June, 2006, served a copy of the foregoing pleading on the following:

James R. Swanson
Correro Fishman Haygood Phelps Walmsley & Casteix, LLP
201 St. Charles Avenue
46th Floor
New Orleans, LA 70170-4600

by depositing it in the United States mail, properly addressed, and first class postage prepaid, by hand delivery or by facsimile.

_____

G:\daisy\WD\20330\Notice_of_Removal.DOC